## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TARA L. PACK-ANDERSON** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **NO. 05-5683** |
| | : | |
| **TRANS UNION, LLC** | : | |
| **Defendant.** | : | |

## O R D E R

**AND NOW**, this 16th day of March, 2010, upon consideration of Trans Union, LLC's Motion *in Limine* Regarding Plaintiff's Anticipated Arguments and Documents Allegedly Connected to Fraud Alerts (Document No. 51, filed March 13, 2010), and Plaintiff Tara L. Pack-Anderson's Response (Document No. 58, filed March 15 2010), following oral argument on March 16, 2010, for the reasons stated during oral argument, all of which are incorporated herein by reference, **IT IS ORDERED** that Trans Union, LLC's Motion *in Limine* Regarding Plaintiff's Anticipated Arguments and Documents Allegedly Connected to Fraud Alerts is **DENIED**. The denial of the Motion is **WITHOUT PREJUDICE** to the right of Trans Union, LLC to object to any evidence relating to fraud alerts deemed to be inadmissible.

                                       **BY THE COURT:**

                                        /s/ Jan E. DuBois
                                             **JAN E. DUBOIS, J.**